UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:
KOZUCH, RICHARD JOHN                    Case No. 06-21690 DSO
                                                 Chapter 7
                                                 HON. Daniel S. Opperman

                         Debtor(s).                        /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Federated Retail Holdings Inc/Marshals | #1 | $.25 |

Dated: August 27, 2009                                  */s/ Karen E. Evangelista (P36144)*
                                                                  KAREN E. EVANGELISTA, Trustee
                                                                   903 N. Opdyke, Suite A
                                                                   Auburn Hills, MI 48326
                                                                   (248) 276-2533
                                                                   Kee1008_tee@sbcglobal.net